United States Courts
Southern District of Texas
FILED
June 24, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| V. | §  CRIMINAL NO. **L-25-CR-1014** |
| **JOANNA NATALIE MACIAS** | § § § |

**MGM**

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

On or about May 17, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOANNA NATALIE MACIAS,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Customs and Border Protection, SCBPO M. Chavez, and engaged in acts involving physical contact, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

**COUNT TWO**

On or about May 17, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOANNA NATALIE MACIAS,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Customs and Border Protection, CBPO J. Bozek, and engaged in acts involving physical contact, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT THREE

On or about May 17, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### JOANNA NATALIE MACIAS,

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Customs and Border Protection, CBPO V. Kochan, and engaged in acts involving physical contact, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT FOUR

On or about May 17, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### JOANNA NATALIE MACIAS,

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Customs and Border Protection, SCBPO E. Garcia, and engaged in acts involving physical contact, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 5

On or about May 17, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### JOANNA NATALIE MACIAS,

knowingly and intentionally possessed cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 844(a).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Ann Francis Booth*
Ann Francis Booth
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET   L-25-CR-1014

LAREDO DIVISION    NO._____

FILE: 25R06867   MAG#: 25MJ1059
INDICTMENT   Filed: June 24, 2025   Judge: **MGM**

ATTORNEYS:

UNITED STATES OF AMERICA

NICHOLAS J. GANJEI, USA

V.   ANN FRANCIS BOOTH, AUSA

**JOANNA NATALIE MACIAS**

**CHARGE:**

Ct 1:   Assault on a Federal Officer by physical contact [18 USC 111(a)(1)]
Ct 2:   Assault on a Federal Officer by physical contact [18 USC 111(a)(1)]
Ct 3:   Assault on a Federal Officer by physical contact [18 USC 111(a)(1)]
Ct 4:   Assault on a Federal Officer by physical contact [18 USC 111(a)(1)]
Ct 5:   Possession of a Controlled Substance [21 USC 844(a)]

**TOTAL COUNTS: 5**

**PENALTY:**

Cts.1-5:   Not More than 8 Years and/or $250,000, $100 Special Assessment,
           Not More than a 3 Year Term of Supervised Release [Each Count]
Ct. 6:     Not More than a 1 Year and/or not less than $1,000