# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Joanna Natalie Macias

Case Number: 5:25−cr−01014

## Notice of Setting

**A proceeding has been set in this case as to Joanna Natalie Macias as set forth below.**

**BEFORE:**
**Judge Marina Garcia Marmolejo**

**LOCATION:**
Courtroom 3B
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 11/18/2025

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date:   October 22, 2025                                  Nathan Ochsner, Clerk