United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CASE NO. 5:25-CR-1014-1 |
| § | |
| JOANNA NATALIE MACIAS § | |

## ORDER FOR BOND REVOCATION AND DETENTION

Having received the Defendant's waiver of his/her right to a revocation of bond release hearing, the Defendant's release previously ordered by the Court is hereby **REVOKED** and the United States Marshal is **ORDERED** to **DETAIN** the Defendant pending disposition of this case or until further order of the Court. Defendant is committed to the custody of the United States Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with his/her counsel.

Should additional evidence come to light, or conditions become available that would materially affect the Court's ruling, Defendant may request a hearing.

IT IS SO ORDERED.

SIGNED this 9th day of January 2026.

_Diana Song Quiroga_
Diana Song Quiroga
United States Magistrate Judge